443 F.2d 67
 William Fred DRYDEN, Petitioner-Appellant,
v.
J. J. CLARK, Warden, Respondent-Appellee.
 No. 71-1185 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 May 6, 1971.
 
 Appeal from United States District Court, Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 William F. Dryden pro se.
 John W. Stokes, Jr., U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondent-appellee.
 Before THORNBERRY, CLARK and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.;see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.